FILED
CLERK, U.S. DISTRICT COURT

SEP 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KELVIN E. PATTERSON,

    Petitioner,

v.

JOHN F. SALAZAR,

    Respondent.

Case No. CV 09-09350 R (AN)

ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. The Objections fail to show any of the findings and conclusions in the R&R are erroneous. Accordingly, the Objections are overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. Any and all pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: September 27, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE