JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT

SEP 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KELVIN E. PATTERSON, | Case No.  CV 09-09350 R (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN F. SALAZAR, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:  September 27, 2010

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY